THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVIN JAMES JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:09-CV-588-ID ) [WO] ) |
| D. T. MARSHALL, *et al.,* | ) ) |
| Defendants. | ) |

# **ORDER**

On July 2, 2009, the Magistrate Judge filed a Recommendation in this case (Doc. 3) to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 3) is hereby ADOPTED, and

2. This case be DISMISSED without prejudice for failure of Plaintiff to pay the full filing fee upon the initiation of this case.

Done this 30th day of July, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE